UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

       Plaintiff,

vs.                                           ORDER ADOPTING
                                            REPORT AND RECOMMENDATION

Marty Keith Larson,

       Defendant.                             Criminal No. 19-27 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated June 6, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. After an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Suppress Evidence as a Result of Search and Seizure, [Docket No. 24], is **DENIED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers, [Docket No. 23], is **DENIED**.

DATED: 6/24/19                                          s/Patrick J. Schiltz
At Minneapolis, Minnesota                   Patrick J. Schiltz, Judge
                                                        United States District Court